# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Western Petroleum, LLC and Maxum Petroleum Operating Company, Inc., doing business as Pilot Logistics Services, ) ) ) | |
| ) Plaintiffs, ) ) vs. ) ) Williams County Board of Commissioners, ) ) Defendant. ) | Case No. 4:14-cv-79<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

A settlement conference before the undersigned shall be scheduled for May 17, 2017, at 9:00 a.m. in Williston, North Dakota. Defendants shall arrange for space in Williston for the settlement conference and report back to the undersigned.

**IT IS SO ORDERED.**

Dated this 24th day of April, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court